**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

HYUNDAI MOTOR COMPANY and
HYUNDAI MOTOR AMERICA,

      Plaintiffs,

v.

THE PARTNERSHIPS and
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No. 26-cv-01806

**Judge Charles P. Kocoras**

**Magistrate Judge Daniel P. McLaughlin**

## <u>NOTICE OF DISMISSAL UNDER RULE 41(a)(1)</u>

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Hyundai Motor

Company and Hyundai Motor America ("Plaintiffs") hereby dismiss this action as to the following

Defendants:

| Defendant Name | Line No. |
|---|---|
| kdz80f6 | 56 |
| yangzi1992 | 71 |
| TopGTzolun | 93 |

Dated this 19th day of March 2026.        Respectfully submitted,

/s/ Justin T. Joseph
Amy C. Ziegler
Justin R. Gaudio
Justin T. Joseph
Trevor C. Talhami
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jjoseph@gbc.law
ttalhami@gbc.law

*Counsel for Plaintiffs Hyundai Motor Company and Hyundai Motor America*

2