**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

HYUNDAI MOTOR COMPANY AND
HYUNDAI MOTOR AMERICA,

      Plaintiffs,

v.

PIFOOG, et al.,

      Defendants.

Case No. 26-cv-01806

**Judge Charles P. Kocoras**

**Magistrate Judge Daniel P. McLaughlin**

<u>**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**</u>

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Hyundai Motor Company and Hyundai Motor America ("Plaintiffs") hereby dismiss this action as to the following Defendants:

| Defendant Name | Line No. |
| --- | --- |
| PIFOOG | 1 |
| QIXIUBIA | 4 |
| QueJinBaiHuo | 5 |
| Rilnaewn | 7 |
| Sanfu Technology | 8 |
| Simocky | 14 |
| Sindeda | 15 |
| TAPAYICA | 20 |
| TINGSHENG CAR | 24 |
| Vi5gke | 25 |
| Vicoca | 26 |
| Vruwcey | 27 |
| VURBEMES | 28 |
| wencent | 32 |
| YIKECASE01 | 41 |
| zhaohaishangdian | 49 |
| Zorratin | 50 |
| ling027 | 58 |

| Your Online Locksmith | 72 |
|---|---|

Dated this 2nd day of April 2026.

Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Justin T. Joseph
Trevor C. Talhami
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jjoseph@gbc.law
ttalhami@gbc.law

*Counsel for Plaintiffs Hyundai Motor Company and Hyundai Motor America*

2